AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Jackson Elliot Fleming<br><br>*Defendant(s)* | Case No.<br>2:25-MJ-173<br><br>**FILED UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2025__ in the county of __Lake__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Transmitting in interstate or foreign commerce any threat to kidnap any person or threat to injure the person of another |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/14/2025

City and state: Hammond, IN

s/ Abizer Zanzi
*Judge's signature*

Hon. Abizer Zanzi, US Magistrate Judge
*Printed name and title*