UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-
IN OPEN COURT

OCT 08 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 2:25 CR 114 PPS |
| v. | ) |
| | ) 18 U.S.C. § 875(c) |
| JACKSON ELLIOT FLEMING | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

At times material to this Indictment:

### Background

1. The United States Naval Academy (hereafter, "USNA") was a federal service academy located in Annapolis, Maryland. Students at USNA were commonly referred to as "midshipmen."

2. Jodel was an anonymous social media application operated by The Jodel Venture GmbH, located in Berlin, Germany. Messages posted to a given Jodel location were visible to all users in that location, as well as any other user who selected that location through a feature in the application settings.

3. Midshipmen commonly posted to the Jodel location for Annapolis, Maryland to discuss life at USNA. It was well known among midshipmen that by posting to the Jodel location for Annapolis, Maryland, their posts would likely be seen by other midshipmen..

1

4. JACKSON ELLIOT FLEMING was a resident of Chesterton, Indiana, within the Northern District of Indiana. FLEMING was a midshipman at USNA between approximately 2021 and 2023.

### Count One
(Interstate Communications with a Threat to Injure)

5. On or about September 11, 2025, in the Northern District of Indiana and elsewhere, the defendant,

**JACKSON ELLIOT FLEMING**

knowingly and willfully did transmit in interstate and foreign commerce from the state of Indiana to the state of Maryland through the social media application Jodel, a communication to midshipmen and others at USNA containing a threat to injure midshipmen, to wit, "Honestly not that surprised I'll be carrying out the mass execution of my peers in a couple."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: /s/ Francis Sohn
Francis Sohn
Assistant United States Attorney
Northern District of Indiana