UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-114 |
| | ) | |
| JACKSON ELLIOT FLEMING | ) | |

**GOVERNMENT'S NOTICE TO PROCEED UNDER
LOCAL CRIMINAL RULE 12-1**

Comes now the United States of America by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Francis Sohn and Thomas M. McGrath, Assistant United States Attorneys, and notifies the Court and defendant of the Government's intent to proceed under Local Criminal Rule 12-1. In support thereof, the Government states as follows:

1.     Northern District of Indiana Local Rule 12-1 regarding pretrial authentication and foundation for exhibits states:

   **(a)   Procedure.** Parties are strongly encouraged to authenticate exhibits under Fed. R. Evid. 901 or establish the foundation for admitting the records of a regularly conducted activity under Fed. R. Evid. 803(6) by serving the following on opposing parties at least 30 days before trial:

   **(1)**   a copy of each exhibit; and

   **(2)**   a statement of intent to proceed under this local rule.

   **(b)   Objections.** If the procedure in subdivision (a) is used, objections to an exhibit's authenticity or the foundation for admitting it will

be waived, unless an opposing party files an objection at least 14 days before trial.

2.     Pursuant to Northern District of Indiana Local Rule 12-1, the Government hereby gives notice to the Court and to defendant of its intent to use at trial in this case as records of regularly conducted activity authenticated through Fed. R. Evid. 902(11) and/or 902(12) and under Fed. R. Evid. 803(6), the following records:

- Records received from Jodel Venture GmbH (Bates 4910-5044) provided in discovery on March 16, 2026.

- Records received from Comcast (Bates 491-494) provided in discovery on October 22, 2025

- Records received from Instagram (Referenced at Bates 4908) provided in discovery on March 16, 2026.

- Records received from Verizon (Provided by email in discovery on March 20, 2026) to be followed up by bates stamped copies.

Dated: March 20, 2026

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:   */s/ Thomas M. McGrath*
Francis Sohn
Thomas M. McGrath
Assistant United States Attorneys
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel:   (219) 937-5500

Fax:  (219) 852-2770
Email:  francis.sohn@usdoj.gov
Email: thomas.m.mcgrath@usdoj.gov

3