UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:25-CR-114 |
| v. | ) | |
| | ) | |
| JACKSON ELLIOT FLEMING | ) | |

## GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RESET FINAL PRE-TRIAL CONFERENCE

Comes now, the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Francis Sohn and Thomas M. McGrath, Assistant United States Attorneys, and moves this Court for an Order continuing the Jury Trial and resetting the Final Pre-Trial Conference. In support of said Motion, the Government shows the following:

1.    The Defendant is charged in an Indictment filed on October 8, 2025, with one count of transmitting an interstate communication with a threat to injure, in violation of 18 U.S.C. § 875(c). The Defendant made his initial appearance on October 16, 2025, and entered a plea of not guilty. Defendant is on bond in this matter.

2.    A Jury Trial was initially scheduled for December 22, 2025 at 8:30 a.m. before Judge Philip P. Simon, with a Final Pre-Trial conference initially set for December 12, 2025 at 9:00 a.m. before Magistrate Judge Abizer Zanzi.

1

Pursuant to an unopposed motion to continue filed on November 18, 2025, the Jury Trial was reset to April 20, 2026 at 8:30 a.m. before Simon, with a Final Pre-Trial Conference set for April 10, 2026 at 9:00 a.m. before Magistrate Judge Zanzi. On March 13, 2026, on the Court's own motion, the Jury Trial was reset to April 22, 2026 at 8:30 a.m., and the Final Pre-Trial Conference was reset to April 7, 2026 at 9:00 a.m.

3. The Government intends to call several witnesses during its case-in-chief, including Captain David Samuel Forman, USN. Captain Forman was available on April 20 and April 21, 2026, which was consistent with the previous trial setting. However, Captain Forman is not available from April 22 through April 24, 2026, due to a mandatory leadership course in Washington, D.C. that requires in-person attendance. Additionally, the undersigned's co-counsel has a criminal jury trial set to begin before Judge Gretchen S. Lund on April 20, 2026 at 9:00 a.m. in United States v. Carrillo, 2:25-cr-138.

4. The Government therefore respectfully requests that the Court enter an order continuing the Jury Trial in the above-captioned matter until no sooner than May 4, 2026 (or as soon thereafter as the Court's schedule permits), and resetting the Final Pre-Trial Conference accordingly.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by taking such action outweigh the best interest of the public and the Defendant

2

to a speedy trial. Moreover, because previous delays were excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), the requested continuance will result in a jury trial commencing less than 70 days after the Defendant's initial appearance on the charge in the Indictment.

6.     The Government apprised Defense Counsel of its intent to file this motion but as of the time of this filing the Government has not heard Defendant's position concerning the short requested continuance.

**WHEREFORE**, the Government moves the Court for an Order continuing the Jury Trial until no earlier than May 4, 2026 (or as soon thereafter as the Court's schedule permits) and resetting the Final Pre-Trial Conference.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:  */s/ Francis Sohn*
      Francis Sohn
      Assistant United States Attorney
      United States Attorney's Office
      5400 Federal Plaza, Suite 1500
      Hammond, Indiana 46320
      Tel: (219) 937-5500
      E-mail: francis.sohn@usdoj.gov